# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

            v.

**MICHAEL TORRES,**

                Defendant.

CASE NO.: 2:19-cr-00107-KJM

## APPLICATION FOR WRIT OF HABEAS CORPUS (AMENDED)

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

        ☒ Ad Prosequendum        ☐ Ad Testicandum

Name of Detainee:   Michael Torres, CDCR No. F96964

Detained at        California State Prison, Sacramento

Detainee is:    a.)   ☒ charged in this district by:   ☒ Indictment  ☐ Information ☐ Complaint
                       charging detainee with:   RICO Conspiracy, conspiracy to murder, and drug
                                      trafficking crimes.

    or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of the guilty plea hearing
    or   b.)   ☒ be retained in federal custody until final disposition of federal charges and federal
                   prison sentence, if any, has been served.

***As soon as practicable in the Eastern District of California.***

Signature:             /s/ Jason Hitt

Printed Name & Phone No:   Assistant U.S. Attorney Jason Hitt – 916-554-2751

Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS

        ☒ Ad Prosequendum        ☐ Ad Testicandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, as soon as practicable, for arraignment on the Indictment and prosecution in the above-captioned case in the Eastern District of California.

Dated:   June 19, 2019

*allison Clare*

Honorable Allison Claire
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) | Mosca | ☒Male | ☐Female |
| Offender ID: | CDCR No. F96964 | Race: | Caucasian |
| Facility Address: | 100 Prison Road, Represa, California 95671 | | |
| Facility Phone: | (916) 985-8610 | | |
| Currently | In custody of the State of California | | |

## RETURN OF SERVICE

Executed on: _____

                    (signature)