Michael Torres, (PRO SE)
CDCR No. F96964
CALIFORNIA STATE PRISON, SACRAMENTO (290066)
P.O. BOX 290066
REPRESA, CA 95671-0066

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:19-CR-00107-KJM |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT MICHAEL TORRES PRIORITY LEGAL USE OF CALIFORNIA STATE PRISON, SACRAMENTO LAW LIBRARY** |
| MICHAEL TORRES, | |
| Defendant. | |

Based upon the following facts that Defendant Michael Torres,

1) Is not represented by an attorney and has been designated to represent himself in Pro Se for the above referenced matter;

2) Requires access to such materials as contained in the law library in order to research and prepare for the upcoming hearing on motions set to be heard on March 25, 2020; and,

IT IS HEREBY ORDERED that Michael Torres be granted access to the California State Prison, Sacramento law library as Priority Legal User (PLU).

DATE: February 24, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1