1  Michael Torres, (PRO SE)
   CDCR No. F96964
2  CALIFORNIA STATE PRISON, SACRAMENTO (290066)
   P.O. BOX 290066
3  REPRESA, CA  95671-0066
4
5
6
7                     UNITED STATES DISTRICT COURT
8                     EASTERN DISTRICT OF CALIFORNIA
9
10 | UNITED STATES OF AMERICA, | No. 2:19-CR-00107-KJM
11 | Plaintiff, |
12 | v. | **STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE**
13 | MICHAEL TORRES, |
14 | Defendant. |
15

16 IT IS HEREBY STIPULATED by and between the parties hereto through their respective

17 counsel, Heather Heckler, Deputy Attorney General, attorney for California Department of

18 Justice, and Michael Torres, pro se, by and through his standby and advisory attorney-of-record,

19 Michael E. Hansen, to vacate the current briefing schedule for the motion at docket No. 451 and

20 reset the schedule as follows:

21

22 Defense Response due:     June 12, 2020

23 Movant Reply due:          June 19, 2020

24 Considering the COVID-19 issues and Mr. Torres' housing at California Department of

25 Corrections-Sacramento, the parties do not request a hearing date at this time.

26
27
28
                                   1

Dated: May 27, 2020                          Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Standby & Advisory Counsel
Pro Se Defendant
MICHAEL TORRES

Dated: May 27, 2020                          Respectfully submitted,

By: /s/ Michael E. Hansen
HEATHER HECKLER
Deputy Attorney General
California Department of Justice

**[PROPOSED] ORDER**

The above dates are adopted.

IT IS SO ORDERED.

Dated: May 28, 2020

_____
Edmund F. Brennan
United States Magistrate Judge