Michael Torres, (PRO SE)
CDCR No. F96964
CALIFORNIA STATE PRISON, SACRAMENTO (290066)
P.O. BOX 290066
REPRESA, CA  95671-0066

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL TORRES,<br><br>  Defendant. | No.  2:19-CR-00107-KJM<br><br>**ORDER GRANTING DEFENDANT MICHAEL TORRES' LEGAL TEAM USE OF COMPUTER ACCESSORIES DURING LEGAL VISITS AT CALIFORNIA STATE PRISON, SACRAMENTO** |

Based upon the following facts that Defendant Michael Torres,

1) Is not represented by an attorney and has been designated to represent himself in Pro Se for the above referenced matter;

2) Requires access to computers and technology that enable review of both audio and visual discovery materials;

3) Legal team provides the access to computers and files for such review; and

4) Requires accessories such as a wireless mouse and external hard drives in order to expedite the review in the limited amount of time available for legal visits;

5) The accessories can be logged into the prison's computer log allowing the facility to track computer related accessories;

/////

6) The use of these computer accessories at legal visits is necessary on an ongoing basis, and is to continue up to the conclusion of the above referenced matter.

7) IT IS HEREBY ORDERED that each member of Michael Torres' legal team be granted use of their private computer accessories, including a wireless mouse and external hard drive as necessary for the review of computer based discovery materials; during legal visits at California State Prison, Sacramento on an ongoing basis without being required to present an established court order at each visit, and this order will remain on an ongoing basis through the conclusion of the above referenced matter.

DATED:  June 18, 2020.

CHIEF UNITED STATES DISTRICT JUDGE