# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00107-KJM |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL TORRES' REQUEST TO SEAL** |
| vs. | |
| MICHAEL TORRES, | |
| Defendant. | |

Upon application of Defendant Michael Torres, through counsel, and good cause being shown,

IT IS HEREBY ORDERED that Defendant Michael Torres' Response to California Department of Corrections and Rehabilitation's (CDCR) Motion to Quash be SEALED until ordered unsealed by the Court.

Dated: June 19, 2020

Honorable Edmund F. Brennan
U.S. Magistrate Judge

**1**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28