XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MARIA G. CHAN, State Bar No. 192130
Supervising Deputy Attorney General
HEATHER M. HECKLER, State Bar No. 235492
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7532
 Fax:  (916) 322-8288
 E-mail:  Heather.Heckler@doj.ca.gov
*Attorneys for Third Party
California Department of Corrections and
Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **USA,**<br><br>                              Plaintiff,<br><br>          v.<br><br>**MICHAEL TORRES,**<br><br>                              Defendant. | 2:19-CR-00107-KJM<br><br>STIPULATION AND ORDER TO EXTEND FILING DATE OF JOINT STATEMENT<br><br>Judge:The Honorable Kimberly J. Mueller |

Third Party California Department of Corrections and Rehabilitation (CDCR), Defendant Michael Torres, and Plaintiff, United States of America, stipulate as follows:

1.    Third Party CDCR filed a Motion to reconsider the Court's July 18, 2020 Order granting Defendant Torres's Motion for increased law library access. (ECF No. 493, 521.) On September 28, 2020, the Court held a hearing on CDCR's Motion for Reconsideration. (ECF No. 635.) The Motion was granted in part and denied in part. (*Id*.) The Court modified its Order, but left in place that portion of the Order granting Defendant Torres indefinite Priority Legal User status. (*Id*.) The Court directed the parties and CDCR to meet and confer to discuss

further modifications, if any, to the order and to file a Joint Statement no later than October 26, 2020. (*Id.*)

2. Third Party CDCR and the parties stipulated to extend the deadline to file the joint statement to November 9, 2020 because counsel for CDCR and advisory counsel for Defendant Torres needed additional time to consult with their clients. The Court granted that request on November 3, 2020.

3. Advisory counsel for Mr. Torres has not been able to communicate with Mr. Torres concerning this issue. Accordingly, Third Party CDCR and the parties stipulate to extend the deadline to file the joint statement to November 23, 2020. Because the Court's Order granting Defendant Torres indefinite PLU status remains in effect, neither Torres nor the Government will suffer prejudice from the extension of time to file a joint statement.

4. Accordingly, by stipulation, the parties and Third Party CDCR, request that the Court extend the date to file the Joint Statement to November 23, 2020.

IT IS SO STIPULATED.

Dated:  November 9, 2020              */s/ Heather M. Heckler*
                                       HEATHER M. HECKLER
                                       Attorney for Third Party CDCR

Dated:  November 9, 2020              /*s/ Jason Hitt*
                                       JASON HITT
                                       Assistant United States Attorney
                                       Attorney for Plaintiff United States of America

Dated:  November 9, 2020              */s/ Michael Hansen*
                                       Michael Hansen
                                       Advisory Counsel to Michael Torres

## ORDER

The Court finds that the Stipulation, which the Court incorporates by reference into this Order, establishes good cause to extend the deadline for the parties and Third Party CDCR to file a Joint Statement concerning modification of the Court's Order granting Defendant Torres indefinite PLU status. The Court further finds that the brief extension of time requested by the parties and CDCR would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

The Court extends the deadline for the parties and Third Party CDCR to file a Joint Statement concerning modification of the Court's Order granting Defendant Torres indefinite PLU status to November 23, 2020.

IT IS SO ORDERED.

Dated:  November 12, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE