IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>MICHAEL TORRES,<br><br>                Defendant. | CASE NO. 2:19-CR-0107 KJM<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS CHARGES AS TO MICHAEL TORRES PURSUANT TO RULE 48(a) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

      Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and based upon the motion filed by the United States and the attached Exhibit A, the Court finds it is in the interests of justice to grant the government's motion and, therefore, IT IS HEREBY ORDERED that the pending criminal charges in Case No. 2:19-CR-0107 KJM against defendant Michael Torres, in particular, Count 7 of the Indictment and Count 7 of the Superseding Indictment are hereby DISMISSED without prejudice.

      IT IS SO ORDERED.

DATE: August 29, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE